UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lance Wickner,  Civil No. 12-1397 (DWF/LIB)

      Plaintiff,

v.  **ORDER ADOPTING REPORT AND RECOMMENDATION**

Julie Rose, Thomas Lundquist, Katherine Klancher,
Amanda Furey, Nate Johnson, Jack Leritz,
Darien Menten, D. Rose, Vanderpool, J. Bonrud,
Tina Joseph, Aaron Koll, Lorin Peterson, Logan
Zuki, Mark Agurkis, Darrel Jensen, Justin Martin,
James Martinez, Corinne Hoadley, John Doe,
Unidentified Grievance Coordinator and
The Minnesota Sex Offender Program,

      Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated October 19, 2016. (Doc. No. 34.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Leo I. Brisbois's October 19, 2016 Report and Recommendation (Doc. No. [34]) is **ADOPTED**.

2. Plaintiff's Complaint as alleged against Defendants Christopher Vanderpool, Julie Rose, Nathan Johnson, David Rose, Amanda Furey, Jennifer Bonrud, Aaron Koll, Logan Zuk, James Martinez, Corinne Halverson-Hoadley, Darrell Jensen, Mark Agurkis, Katherine Klancher, Thomas Lundquist, Lorin Peterson, Justin Martin, Jack Leritz, and Darien Menten, is **DISMISSED WITHOUT PREJUDICE** for failure to effect service and for lack of prosecution;

3. Defendants' Motion to Dismiss, (Doc. No. [13]), is **GRANTED IN PART** and **DENIED IN PART**, as summarized below:

    a. Plaintiff's Complaint as alleged against the Minnesota Sex Offender Program entity Defendant is **DISMISSED WITH PREJUDICE**; and

    b. Plaintiff's Complaint as alleged against Defendant Christina Joseph is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 22, 2016    s/Donovan W. Frank
                                       DONOVAN W. FRANK
                                       United States District Judge